IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIMOTHY FUGATT,**

    **Plaintiff,**

**v.**                                **CASE NO.  4:14-cv-18-MW/CAS**

**SECRETARY OF DEPARTMENT**
**OF CORRECTIONS,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No.9, FILED March 11, 2014.    Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This cause is **dismissed without prejudice** for failure to comply with orders of the Court."  The

1

Clerk shall close the file.

**SO ORDERED on April 10, 2014.**

**s/Mark E. Walker**  
**United States District Judge**
